TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6078 CR-ROETTGER

18 U.S.C. § 922(g)(1)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

v.

MILTON LYNCH

Defendant.
_____/

FILED
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

On or about April 2, 1999, at Broward County, in the Southern District of Florida, the defendant,

**MILTON LYNCH,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Smith and



Wesson .38 caliber revolver model 36 serial number J323920; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.

Milton Lynch                                **CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|
| ___ Miami | ___ Key West | Number of New Defendants | ___ |
| X FTL | ___ WPB ___ FTP | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) No
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      X       Petty      ___
   II   6 to 10 days     ___     Minor      ___
   III  11 to 20 days    ___     Misdem.    ___
   IV   21 to 60 days    ___     Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                    _____
                                    THOMAS P. LANIGAN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT Bar No. A550033

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __Milton Lynch__          Case No.: _____

Count #: 1

       18 U.S.C. § 922(g)(1)

    Possession of a Firearm by a Convicted Felon

*Max. Penalty: **Ten (10) Years' imprisonment and $250,000 fine.**
=================================================================
Count #:


*Max. Penalty:
=================================================================
Count #:


*Max. Penalty:
=================================================================
Count #:


*Max. Penalty:
=================================================================
Count #:


*Max. Penalty:

    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.