AO 442 (Rev. 5/93) Warrant for Arrest                                          AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MILTON LYNCH

**WARRANT FOR ARREST**

CASE NUMBER: 00-6078-CR-ROETTGER

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

*[FILED by ___ D.C. MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

YOU ARE HEREBY COMMANDED to arrest ___MILTON LYNCH___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

CLARENCE MADDOX
Name of Issuing Officer

*[signature: Jenny Butler]*
Signature of Issuing Officer

CLERK OF THE COURT
Title of Issuing Officer

3/28/00        Ft Lauderdale, FL
Date and Location

Bail fixed at $ *Pretrial Detention Requested* by

*[signature: Lurana S. Snow]*
LURANA S. SNOW, CHIEF U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.