COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Milton Lynch (J)#  CASE NO: 00-6078-CR-Roettger
AUSA: Tom Lanigan /Lee  ATTNY: Day
AGENT:  VIOL: 18:922
PROCEEDING: Initial Appearance  BOND REC: PTD   APD
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

√ advised of charges
√ sworn for counsel

FILED by ___ D.C.
APR 14 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment waived
Not Guilty plea entered
Standing Discovery Order requested

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:  7-20-00  10:00  BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 4-14-00  TIME: 11:00am  TAPE # 00-027  PG # 3383-3545 recalled
02:28
0x0-315