46 3270

AO 442 (Rev. 5/93) Warrant for Arrest                                    AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

MILTON LYNCH

## WARRANT FOR ARREST

CASE NUMBER: **00-6078**

CR·ROETTGER

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——————— MILTON LYNCH ———————
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

in violation of Title        18        United States Code, Section(s)        922(g)(1)

CLARENCE MADDOX                                          CLERK OF THE COURT
Name of Issuing Officer                                     Title of Issuing Officer

*Jenny Butler*                                           3/28/00   Ft Lauderdale, Fl
Signature of Issuing Officer                                Date and Location

Bail fixed at $ *Pretrial Detention Requested*   by   *Lurana S. Snow*
                                                     LURANA S. SNOW, CHIEF U.S. MAGISTRATE JUDGE
                                                     Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| **Ft. Lauderdale, FL** | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| **3/28/2000** | **James A. Tassone, US Marshal** | |
| DATE OF ARREST | | |
| **4/13/2000** | **FOR:  ATF** | **Fred Depompa, SDUSM** |

This form was electronically produced by Elite Federal Forms, Inc.