UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA       Case Number: 00-6078-cr-DCR
           Plaintiff

                               REPORT COMMENCING CRIMINAL ACTION
       -VS-

Milton Lynch,                  FILED by DC
_____        APR 17 2000
       Defendant               CLARENCE MADDOX
                               CLERK U.S. DIST. CT.
                               S.D. OF FLA. FT. LAUD.

                               U.S. Marshals Service Number
*******************************************************************
TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  WEST PALM BEACH
                      FT. PIERCE   (Circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
*******************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: 4/13/2000   5:30  a.m./(p.m.)

    **Time** and **Facility** where booked: Ft Lauderdale City Jail

(2) Language Spoken: English

(3) Offense(s) Charged: 922(g)(1) - Felon in possession of Firearm

(4) U.S. Citizen       [✓] Yes     [ ] No     [ ] Unknown

(5) Date of Birth: 7/8/77

(6) Type of Charging Document: (check one)
    [✓] Indictment      [ ] Complaint to be filed
                        [ ] Complaint already filed
    Case Number: _____

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**   [ ] YES   [ ] NO

Amount of Bond:       $ _____

Who set bond:         _____

Remarks:              _____
                      _____

Date: 4-17-00           Arresting Officer: Robert Smokey

                        Agency: ATF

                        Phone: 356-7465