

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6078-CR-Roettger

UNITED STATES OF AMERICA

    vs

Milton Lynch

ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   4-14-00  , where the Defendant was arraigned and plea of NOT GUILTY was entered.  Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judg assigned to this case.  The following information is current as of this date

|  |  |  |
|---|---|---|
| DEFENDANT: | Address: | IN CUSTODY |
|  | Telephone: |  |
| DEFENSE COUNSEL: | Name: | FPD |
|  | Address: |  |
|  | Telephone: |  |
| BOND SET/CONTINUED: | $ | In Custody |

Bond hearing held:  yes_____  no__X__   Bond hearing set for  4-20-00

Dated this   14   day of   April  , 20 00 .

                CLARENCE MADDOX
                COURT ADMINISTRATOR/ CLERK

                By: _____
                    Deputy Clerk

                Tape No.   00-627

cc: Clerk for Judge
    U. S. Attorney