# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Milton Lynch (J)#         CASE NO: 00-6078-CR-Roettger
AUSA: Tom Lanigan / Robin Rosenbaum    ATTNY: FPD Darry Wilcox
AGENT: _____         VIOL: _____
PROCEEDING: PTD Hearing       BOND REC: _____
BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: _____
___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

- Govt proceeds by proffer
- danger to community & risk of flight

Agent sworn - Robert Smorra

Ct finds that D is not a risk of flight but he is a danger to the community.

PTD ordered

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 4-20-00   TIME: 10:00am   TAPE # 00-030   PG # 1

Noon   1000-2000   BDW