HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __EDGAR JOSE DUARTE_____ CASE NO: __00-6093-CR-FERGUSON__
AUSA __JEFFREY KAY / Powell_____ ATTY __ANDRE ROUVIERE_____

Possible plea - case t/d to WDFL
2 add'l weeks for motions.

@155

FILED by
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __DANIEL PARKER_____ CASE NO: __00-6006-CR-DIMITROULEAS(s)__
AUSA Ed Ryan ~~DON CHASE~~ / Mitrani  ATTY __ALBERT LEVIN__ in trial

Disc out - no pending motions
possible plea.

@1637

DEFT __SHERUDEU ROBINSON_____ CASE NO: __99-6206-CR-FERGUSON__
AUSA __KATHLEEN RICE__ - pro       ATTY __FPD__ Bidwell

to be a change of plea

@1664

DEFT __BARON GOODRIDGE_____ CASE NO: __00-6045-CR-DIMITROULEAS__ (54)
AUSA __ROBIN ROSENBAUM / Mitrani__ ATTY __BOB BERUBE, AFPD__ Bidwell

Disc out - no pending motion
possible plea

@1695

DEFT __Milton Lynch__               CASE NO: __00-6078-CR-NCR__
AUSA __Lanigan / Mitrani__         ATTY __Daryl Wilcox__

Disc not rec'd
possible plea
5/15 for motions

@2635

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __4-28-00__                    TIME __11:00__

14/JM