UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6078-CR-ROETTGER

UNITED STATES OF AMERICA,      :

       Plaintiff,           :

v.                              :

MILTON LYNCH,                   :

       Defendant.           :
_____



**STATUS REPORT**

A status conference was held in this cause on April 28, 2000. At that conference, the parties informed the Court as follows:

   1. Discovery has been provided.

   2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 1st day of May, 2000.

                                    /s/ Lurana S. Snow
                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Darryl Wilcox (FTL)