UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6078-CR-ROETTGER

UNITED STATES OF AMERICA

v

MILTON LYNCH

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY MAY 30, 2000 at 10:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

CALENDAR CALL. TRIAL TO BEGINNING TUESDAY MAY 30, 2000.

CLARENCE MADDOX, CLERK

DATED: 5/4/00

BY: _____
Deputy Clerk