UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6078-CR-ROETTGER

UNITED STATES OF AMERICA

v.

MILTON LYNCH,

DEFENDANT,
_____/

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case file this response which is alphabetized and numbered to correspond to that original order and states as follows:

A.   1.   There are written and recorded statements made by the defendant. See attached ATF Record of Sworn statement written by the defendant and executed advise of rights form.

2.   The defendant made oral statements after arrest, in response to interrogation by a then known-to-be government agent, reports of which are attached, which the government intends to offer in evidence at trial. See attached statement of the defendant.

3.   Defendant did not testify before the grand jury.

4.   The defendant criminal history is attached.

5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include but are not limited to: Powerline Pawn & Jewelry florida Pawnbroker Transaction form;State of Florida Judgement and conviction documents in cases 95-9301-CF and 96-1031-CF;latent fingerprint report;crime lab analysis report regarding Smith & Wesson .38 caliber Special model 36 revolver serial #J323920; property receipt for Smith & Wesson .38 caliber Special model 36 revolver serial #J323920;Florida office of Executive clemency certification of Search of restoration of civil rights dated November 16, 1999 for Milton Lynch DOB 7/8/1977;state of florida department of corrections Certificate of commitment

6.   The results or reports of physical or mental examinations or scientific tests or experiments made in connection with this case, are as follows: See attached Curriculum Vitae of ATF S/A Pamela J. Bradley and statement of interstate nexus of firearms based on the examination conducted by S/A Bradley.

B.    The United States requests the discovery and production of those items described and listed in paragraph B of the Standing Discovery Order, and as provided by Federal Rule of Criminal Procedure 16(b).

C.    The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or United States v. Agurs, 427 U.S. 97 (1976) is as follows: none known.

D.    The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959) is as follows: none known

E.    None Known

F.    The defendant was not identified in photo spreads or similar identification procedures.

G.    The government agents and officers involved in this case have been advised to preserve all rough notes they may have taken.

H.    The United States will advise the defendant, prior to trial, of its intent to introduce during its case in chief, evidence of other crimes, wrongs or acts as provided by Federal Rule of Evidence 404(b). Any evidence made available for inspection may be offered in the government's case in chief under Federal Rule of Evidence 404(b) or otherwise.

I.    The defendant was not an aggrieved person as defined in Title 18, United States Code, Section 2510(11), that is, the defendant was not a party to any intercepted wire or oral communication or a person against whom the interception was directed.

J.    The United States has ordered transcripts of the grand jury testimony of all witnesses who will testify for the government at the trial of this case. The transcripts will be provided as required by Title 18, United States Code, Section 3500.

K.    There are no controlled substances which are the subject of the indictment in this case.

L.    The United States did not seize or forfeit any automobile, vessel or aircraft allegedly used in the commission of the offenses in this indictment.

M.    Latent fingerprints of the defendant were not recovered in this case.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of the defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offense was committed is as follows:

Date:        April 2, 1999

Place        Powerline Pawn and Jewelry Pompano Beach, FL Broward County, Florida

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:  _____
     Thomas P. Lanigan
     ASSISTANT UNITED STATES ATTORNEY
     Court ID # A5500033
     500 E. Broward Blvd Suite 700
     Fort Lauderdale, FL 33301
     954-356-7255 ext 3590
     954-356-7230 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 4th day of May ,2000 to:

Darryl Wilcox,AFPD
101 N.E. 3rd Ave
Fort Lauderdale, Fl.
33301

_____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Robert Smoren, ATF

<table>
<tr><td colspan="2">

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

</td><td>Page 1 of 2</td></tr>
</table>

| ADDRESSED TO:<br>Special Agent in Charge<br>Miami Field Division | MONITORED INVESTIGATION INFORMATION:<br>Miami Field Division<br>FY-00<br>Report 002 |
|---|---|

**TITLE OF INVESTIGATION:**
Lynch, Milton

| CASE NUMBER:<br>764010-00-0013 | REPORT NUMBER:<br>2 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | | COLLATERAL REPLY |
|---|---|---|---|---|
|  | REPORT OF INTELLIGENCE | | | |

| SUBMITTED BY *(Name)*<br><br>Robert Smoren | SUBMITTED BY *(Title and Office)*<br><br>Special Agent, Fort Lauderdale Field Office | SUBMITTED BY *(Date)*<br><br>03/16/2000 |
|---|---|---|
| REVIEWED BY *(Name)* | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Fort Lauderdale Field Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)* | APPROVED BY *(Title and Office)*<br><br>Special Agent in Charge, Miami Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

Interstate nexus of firearm as requested by Special Agent Bob Smoren.

## SYNOPSIS:

On January 27, 2000, Special Agent Pamela J. Bradley, based on the description provided by Agent Smoren, determined the place of manufacture to establish the interstate nexus of the following firearm:

## NARRATIVE:

1.    This statement is based on the following firearm which was not manufactured in the State of Florida:

(a)    Smith & Wesson, model 36, .38 caliber revolver, serial number J323920.  This firearm was manufactured by Smith & Wesson in Springfield, Massachusetts.

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## WAIVER OF RIGHT TO REMAIN SILENT AND OF RIGHT TO ADVICE OF COUNSEL

### STATEMENT OF RIGHTS

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to talk to a lawyer for advice before we question you and to have him/her with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court. If you decide to answer questions now without a lawyer present, you will still have the right to stop the questioning at any time. You also have the right to stop the questioning at any time until you talk to a lawyer.

> I have read this statement of my rights and it has been read to me, and I understand what my rights are.

Date _____ 4 / 13/ 9000 _____         _____ Milton Lynch _____
                                              Signature

Time _____ 6:00 P.m. _____

### WAIVER

I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have made to me and no pressure or force of any kind has been used against me. I hereby voluntarily and intentionally waive my rights, and I am willing to make a statement and answer questions.

Date _____ 4/ 13/ 2000 _____         _____ Milton Lynch _____
                                              Signature

Time _____ 6:00  P.m _____

### CERTIFICATION

I hereby certify that the foregoing Waiver of Right to Remain Silent and of Right to Advice of Counsel were read by me to the above signatory, and that he/she also read it and has affixed his/her signature hereto in my presence.

_____         _____
Witness                              Signature

_____
Witness

DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**AFFIDAVIT**

PAGE _1_ OF _2_ PAGES

I, *MILTON LYNCH*                                                                state that

I reside at *1833 N.W. 54 Terrace Lauderhill Apt 4 and have
lived there for 5 or 6 months. I got out of prison
in August 1998 and started working in a "Weed Hole"
in October 1999. A weed hole is an apartment where
marijuana is sold. The location is NW 27 Ave between
6 st & 6 ct Pompano Beach. When I started selling
marijuana at this apartment I was given a .38
caliber revolver by "Romeony". He also operated
the weed hole and instructed me to use the
gun to protect the operation. I worked there
7 days a week and brought the gun home with me each
nite after work. In April 1999 "Romeony" asked me
to pawn the firearm. I took it to Powerline
Pawnbrokers in Pompano Beach on my bicycle.
I was alone at the time. I gave the pawnbroker
the firearm. one he gave me $80.00 for it. I used
my Florida Drivers License as identification and placed
my thumbprint on the form. I returned to Romeony
and gave him the $80.00. He gave $30.00 back to me.
I continued working at the weed hole for several*

I have read the foregoing statement consisting of ___2___ pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on *4-13-2000* 19___.

SIGNATURE OF AFFIANT
*Milton Lynch*

SUBSCRIBED AND SWORN TO BEFORE ME THIS *12*

DAY OF *APRIL* , *2000*

AT *299 E. Broward Blvd. Ft. Lauderdale FL*

SIGNATURE
*Bynn Smith*

TITLE
*Special Agent*

WITNESS

SIGNATURE
*Rob Amora*

TITLE
*Special Agent*

ATF F 5000.1 (12-83)

DEPARTMENT OF THE TREASURY · BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## AFFIDAVIT
### (CONTINUATION SHEET)

PAGE 2 OF 2 PAGES

more months and used a 357 firearm to protect the operation. I do not know where that gun is today. I know that I am a convicted felon and am not permitted to possess firearms.

SIGNATURE OF AFFIANT

Milton Lynch

DATE

4-13-00

ATF F 6000.2 (6-74)

RI #13

BROWARD COUNTY SHERIFF'S OFFICE                     Lab Number: 226011

Ft. Lauderdale, FL  33319

CRIME LABORATORY ANALYSIS REPORT


    Mr. James J. Smith                              Date: 11/16/99
         Dept. of Law Enforcement                   Agency Case# 98-15-79

         Ft. Lauderdale, FL  33309


                          Defendant:  MILTON LYNCH


The evidence listed below was submitted to this laboratory:

    One (1) Smith & Wesson Model 36 revolver #J235920.

    The submitted firearm was found operable and test shots were fired.


The foregoing instrument was                    Respectfully submitted,
acknowledged before me this

                                                Allen R. Greenspan
                                                Firearms & Tool Mark Examiner
                                                Crime Laboratory
STATE OF FLORIDA, COUNTY OF BROWARD

RI #12

# BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB # 22651K

| ☐ ABANDONED | ☒ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BR-15-0079 | 11/12/99 | FDLE-BROWARD | FIREARM VIOLATION |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: MILTON LYNCH | Address: 2750 NW 7 ST. POMPANO BCH, FL | Race/Sex DOB B/M 7/8/77 |
|---|---|---|

| Suspect: | Address: | Race/Sex DOB |
|---|---|---|

| Found By: | Address: | Race/Sex DOB |
|---|---|---|

| Owner/Claimant: | Address: | Race/Sex DOB |
|---|---|---|

| Victim's name (if applicable): | Address: | Telephone # |
|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | 38 CALIBER S+W MODEL 36 REVOLVER # J323920 |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession:

_Jonathan Smith_ Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 529 Dist FDLE Div: BROWARD

(Impounding Officer's) Signature: _Jonathan Smith_

Printed Name: JONATHAN SMITH

| RECEIVED BY | REASON: | DATE | TIME |
|---|---|---|---|
| | ct | 11/12/99 | 1425 |
| | VAULT | 11/12/99 | 1435 |
| | FSTC | 11-15-99 | — |
| Gina | Sate | 11/15/99 | 1354 |
| Jonathan Smith | TOT FDLE | 11/23/99 | 1515 |

| Court Case # | CURRENCY: Verified By/CCN: _____  Signature: |
|---|---|

| | ACE# |
|---|---|

**EVIDENCE CONFISCATION**

BSO RP#54 (Revised 12/97)    NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.

ATTENTION:SYSTEM GENERATED HEADER          CONTROL:


--FLORIDA ADMINISTRATIVE MESSAGE--

        FROM: P06-12-0066
          TO: REG-IO-N05
     SUBJECT: REQUEST FOR INFORMATION


***********BOLO***************MISSING JUVENILE********************BOLO********
**********
WF  MEGGYN LOWELL HARRINGTON    DOB/120784
5'8"   125LBS   BLUE EYES    BLOND SHOULDER LENGTH HAIR
LSA 13150 SW 8 ST  AT 11PM  ON JAN 11, 2000
 WEARING A WHITE TANK TOP AND GREY SWEAT PANTS
IF LOCATED PLEASE CONTACT DAVIE PD
AUTH/OFC BUSSIERE                              DAVIE PD
   OPR/GOULD




--END--

FC  FLATF01S004087450                        CSMOREN


FCIC Message Ack Received.

DATE:01/12/2000  TIME:14:43  MESSAGE NUMBER:00033

ATTENTION:                        CONTROL:

FC  FLATF01S004087450                        CSMOREN
--FLORIDA CCH RESPONSE--
ATN/SMOREN
FC.DLE/04087450.PUR/C.ATN/SMOREN
       SID  NUMBER:  4087450   PURPOSE CODE:C        PAGE:   1
       BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
       A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
                  -  FLORIDA   CRIMINAL   HISTORY   -
NAME                          STATE ID NO.   FBI NO.    DATE REQUESTED
LYNCH, MILTON                      FL-04087450   917484XA9   01/12/2000
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
M   B    07/08/1977  5'10''  150    BRO   BLK   FL                   998755
--CONTINUED--

       SID  NUMBER:  4087450   PURPOSE CODE:C        PAGE:   2

 FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.     SCR/MRK/TAT
14 PO 12 16 13        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                              TAT BACK
13 12 14 15 13
IN AFIS - 2
OCCUPATION                  ADDRESS                CITY/STATE
                            871 NW 4 AVE           POMPANO BCH, FL
       ---------------------------------------------------------------
AKA                         DOB          SOC           SCR/MRK/TAT
       ---------------------------------------------------------------
LYNCH, MILTON JR
LYNCH, MILK

--CONTINUED--

```
     SID  NUMBER:  4087450   PURPOSE CODE:C          PAGE:   3

 LYNCH, MILT
-------------------------------------------------------------------------------
************************************************ JUVENILE **********************
ARREST-  1   03/17/1995   OBTS NO.-0006893784
  ARREST AGENCY-POMPANO BEACH POLICE DEPARTMENT                (FL0060700)
    AGENCY CASE-007844                         OFFENSE DATE-03/17/1995
    CHARGE 001-BURGL-
              OCC CONVEY
              STATUTE/ORDINANCE FL810-02          LEVEL-
    CHARGE 002-LARC-
              PETTY
              STATUTE/ORDINANCE FL812-014         LEVEL-
-------------------------------------------------------------------------------
```

--CONTINUED--

```
     SID  NUMBER:  4087450   PURPOSE CODE:C          PAGE:   4

************************************************ JUVENILE **********************
ARREST-  2   05/04/1995   OBTS NO.-0006894102
  ARREST AGENCY-POMPANO BEACH POLICE DEPARTMENT                (FL0060700)
    AGENCY CASE-012998                         OFFENSE DATE-05/04/1995
    CHARGE 001-ROBBERY-
              STGARM
              STATUTE/ORDINANCE FL812-13          LEVEL-
-------------------------------------------------------------------------------
ARREST-  3   06/22/1995   OBTS NO.-0006896483
  ARREST AGENCY-POMPANO BEACH POLICE DEPARTMENT                (FL0060700)
    AGENCY CASE-018226                         OFFENSE DATE-06/22/1995
    CHARGE 001-RESIST OFFICER-
              WO VIOL
```

--CONTINUED--

```
     SID  NUMBER:  4087450   PURPOSE CODE:C          PAGE:   5

              STATUTE/ORDINANCE FL843-02          LEVEL-MISDEMEANOR
            DISP-TREATED AS ADULT
                 TOT FL0060000
    CHARGE 002-TRESPASSING-
              STATUTE/ORDINANCE FL810-09          LEVEL-
            DISP-TREATED AS ADULT
                 TOT FL0060000
  JUDICIAL-
    AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE             (FL006015J)
    CHARGE 001 -COURT SEQ            COURT NO.-95009301CF10A
      SUPPLEMENTAL ARREST DATA-
            STATUS-                           LEVEL-FELONY    ,2ND DEG
    PROSC DATA-INITIATED BY ,ROBBERY-
```

--CONTINUED--

```
     SID  NUMBER:  4087450   PURPOSE CODE:C          PAGE:   6

                        ROBBERY
            STATUTE/ORDINANCE-                LEVEL-FELONY    ,2ND DEG
            DISP DATE-06/22/1995              DISP-N/A
    COURT DATA-SAME            ,ROBBERY-
                        ROBBERY
```

```
                  STATUTE/ORDINANCE-                    LEVEL-FELONY       ,2ND DEG
                  DISP DATE-09/05/1995                  DISP-GUILTY/CONVICTED
                  COUNSEL-PUBLIC      TRIAL-NONE        PLEA-GUILTY
                  SENT DATE-03/01/1996
                  CONFINEMENT-  2Y 9M   -  2Y 9M  ,PRISON
                          888           ,
                  SUSPENDED SENT-                       CREDITED TIME-        94
                  DR LIC SUSP-                          RESTITUTION-  $800
--CONTINUED--

      SID  NUMBER:  4087450    PURPOSE CODE:C         PAGE:   7

                  FINE-                                 COURT COST-      $5
           CRT PROVISIONS-  GNNNNNN88888888888          888888N888888888888
                        PROBATION REVOKED
                      ABIDE BY COURT RESTRICTIONS
     CHARGE 002 -COURT SEQ                 COURT NO.-95009301CF10A
        SUPPLEMENTAL ARREST DATA-
                STATUS-ADDED CHARGE                LEVEL-
     PROSC DATA-W/O PROS INVO
        COURT DATA-ROBBERY-
                              ROBBERY
                  STATUTE/ORDINANCE-                    LEVEL-FELONY       ,2ND DEG
                  DISP DATE-09/05/1995                  DISP-GUILTY/CONVICTED
                  COUNSEL-            TRIAL-NONE        PLEA-GUILTY
--CONTINUED--

      SID  NUMBER:  4087450    PURPOSE CODE:C         PAGE:   8

                   SENT DATE-03/01/1996
                  CONFINEMENT-  2Y 9M   -  2Y 9M   ,PRISON
                          888           ,
                  SUSPENDED SENT-                       CREDITED TIME-        94
                  DR LIC SUSP-                          RESTITUTION-  $800
                  FINE-                                 COURT COST-      $5
           CRT PROVISIONS-PROBATION REVOKED
                      ABIDE BY COURT RESTRICTIONS
        SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
     CHARGE 002 -COURT SEQ                 COURT NO.-95009301CF10A
        SUPPLEMENTAL ARREST DATA-
                STATUS-ADDED CHARGE                LEVEL-
     PROSC DATA-W/O PROS INVO
--CONTINUED--

      SID  NUMBER:  4087450    PURPOSE CODE:C         PAGE:   9

        COURT DATA-ROBBERY-
                              ROBBERY
                  STATUTE/ORDINANCE-                    LEVEL-FELONY       ,2ND DEG
                  DISP DATE-09/05/1995                  DISP-GUILTY/CONVICTED
                  COUNSEL-            TRIAL-NONE        PLEA-GUILTY
                  SENT DATE-03/01/1996
                  CONFINEMENT-  2Y 9M   -  2Y 9M    ,PRISON
                          888           ,
                  SUSPENDED SENT-                       CREDITED TIME-        94
                  DR LIC SUSP-                          RESTITUTION-  $800
                  FINE-                                 COURT COST-      $5
           CRT PROVISIONS-PROBATION REVOKED
                      ABIDE BY COURT RESTRICTIONS
--CONTINUED--
```

```
     SID  NUMBER:  4087450    PURPOSE CODE:C          PAGE:  10


    SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
  CHARGE 002 -COURT SEQ                    COURT NO.-95009301CF10A
     SUPPLEMENTAL ARREST DATA-
          STATUS-ADDED CHARGE               LEVEL-
  PROSC DATA-W/O PROS INVO
     COURT DATA-ROBBERY-
                         ROBBERY
          STATUTE/ORDINANCE-               LEVEL-FELONY    ,2ND DEG
          DISP DATE-09/05/1995             DISP-GUILTY/CONVICTED
          COUNSEL-          TRIAL-NONE      PLEA-GUILTY
          SENT DATE-03/01/1996
          CONFINEMENT-  2Y 9M   -  2Y 9M  ,PRISON
                     888          ,
--CONTINUED--


     SID  NUMBER:  4087450    PURPOSE CODE:C          PAGE:  11


          SUSPENDED SENT-                  CREDITED TIME-        94
          DR LIC SUSP-                     RESTITUTION-   $800
          FINE-                            COURT COST-     $5
       CRT PROVISIONS-PROBATION REVOKED
                    ABIDE BY COURT RESTRICTIONS
    SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
--------------------------------------------------------------------------------
ARREST-   4  01/17/1996    OBTS NO.-0006899934
  ARREST AGENCY-POMPANO BEACH POLICE DEPARTMENT        (FL0060700)
    AGENCY CASE-1710                    OFFENSE DATE-01/17/1996
    CHARGE 001-COCAINE-SELL-
          DELIV
          STATUTE/ORDINANCE FL893-13      LEVEL-FELONY
--CONTINUED--


     SID  NUMBER:  4087450    PURPOSE CODE:C          PAGE:  12


          DISP-TURNED OVER TO ANOTHER AGENCY
               FL0060000
  JUDICIAL-
    AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE          (FL006015J)
    CHARGE 001 -COURT SEQ                    COURT NO.-96001031CF10A
     SUPPLEMENTAL ARREST DATA-
          STATUS-                          LEVEL-FELONY    ,2ND DEG
  PROSC DATA-W/O PROS INVO
     COURT DATA-SAME          ,COCAINE-SELL-
                    POSS PUR SELL DELIVER COCAINE
          STATUTE/ORDINANCE-               LEVEL-FELONY    ,2ND DEG
          DISP DATE-03/01/1996             DISP-GUILTY/CONVICTED
          COUNSEL-PUBLIC     TRIAL-NONE      PLEA-GUILTY
--CONTINUED--


     SID  NUMBER:  4087450    PURPOSE CODE:C          PAGE:  13


          SENT DATE-03/01/1996
          CONFINEMENT-          -  2Y 9M22D,PRISON
                     001     ,96001031CF10A        363
          SUSPENDED SENT-                  CREDITED TIME-         2
          FINE-                            COURT COST-     $5
       CRT PROVISIONS-    GNNNNNN88888888888      888888N888888888888
```

```
CHARGE 001 -COURT SEQ                    COURT NO.-96001031CF10A
    SUPPLEMENTAL ARREST DATA-
           STATUS-ADDED CHARGE                  LEVEL-
 PROSC DATA-W/O PROS INVO
    COURT DATA-COCAINE-DISTRIB-
                         POSS PUR SELL DELIVER COCAINE
           STATUTE/ORDINANCE-                LEVEL-FELONY    ,2ND DEG
--CONTINUED--


      SID  NUMBER:  4087450  PURPOSE CODE:C        PAGE:  14


          DISP DATE-03/01/1996             DISP-GUILTY/CONVICTED
          COUNSEL-            TRIAL-NONE     PLEA-GUILTY
          SENT DATE-03/01/1996
          CONFINEMENT-            - 2Y 9M22D,PRISON
             001         ,96001031CF10A        363
          SUSPENDED SENT-                  CREDITED TIME-         2
          FINE-                            COURT COST-    $5
    SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
-----------------------------------------------------------------------
ARREST-  5   02/13/1996   OBTS NO.-0008300107
 ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE           (FL0060000)
   AGENCY CASE-XPB952332              OFFENSE DATE-02/13/1996
   CHARGE 001-PROB VIOLATION-
--CONTINUED--


      SID  NUMBER:  4087450  PURPOSE CODE:C        PAGE:  15


          REF ROB
 JUDICIAL-
   AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE          (FL006015J)
   CHARGE 001 -COURT SEQ              COURT NO.-95009301CF10A
    SUPPLEMENTAL ARREST DATA-
           STATUS-REARREST    ,OBT 0006896483  LEVEL-
           STATUTE/ORDINANCE-               LEVEL-FELONY
-----------------------------------------------------------------------
 SUPERVISION OR CUSTODY-
   AGENCY-NORTH FLORIDA RECEPTION CENTER               (FL063025C)
     AGENCY CASE-998755         STATUS-RECEIVED         ,03/06/1996
     REMARKS-ROBBERY N FIREARM OR D WEAPON
-----------------------------------------------------------------------
--CONTINUED--


      SID  NUMBER:  4087450  PURPOSE CODE:C        PAGE:  16


 SUPERVISION OR CUSTODY-
   AGENCY-NORTH FLORIDA RECEPTION CENTER               (FL063025C)
     AGENCY CASE-998755         STATUS-DISCHARGED FROM CRIMINAL ,08/01/1998
     REMARKS-ROBBERY N FIREARM OR D WEAPON
-----------------------------------------------------------------------
ARREST-  6   05/05/1999   OBTS NO.-0003614783
 ARREST AGENCY-MARGATE POLICE DEPARTMENT               (FL0062100)
   CHARGE 001-COCAINE-DISTRIB-                     ,
           STATUTE/ORDINANCE FL893-13      LEVEL-FELONY
           DISP-
-----------------------------------------------------------------------
ARREST-  7   08/13/1999   OBTS NO.-0012064185
 ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE          (FL0060000)
 -CONTINUED--
```

```
       SID  NUMBER:  4087450    PURPOSE CODE:C             PAGE:  17

    AGENCY CASE-952332                          OFFENSE DATE-
    CHARGE 001-COCAINE-SELL-
              MAN DEL POSS W INT
              003 CNTS,
              STATUTE/ORDINANCE                 LEVEL-FELONY
              DISP-
 JUDICIAL-
    AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH        (FL006015A)
    CHARGE 001 -COURT SEQ                COURT NO.-99014441CF10A
       SUPPLEMENTAL ARREST DATA-
              STATUS-                          LEVEL-FELONY      ,2ND DEG
    PROSC DATA-SAME AS ABOVE
              DISP DATE-10/01/1999             DISP-DROPPED/ABANDONED
--CONTINUED--


       SID  NUMBER:  4087450    PURPOSE CODE:C             PAGE:  18

              COUNSEL-ASSIGNED    TRIAL-          PLEA-
       SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
```

--------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A SINGLE-STATE OFFENDER RECORD.
END OF RECORD

--END--

BROWARD SHERIFF'S OFFICE
BROWARD COUNTY, FLORIDA
Complete by printing or typing (last two lines of form and one left of double vertical line

**LATENT FINGERPRINT REPORT**

Lab Number: _____  CASE No:BSO 00651K  Date: 11/2/99  Page 1 of 1

OTHER AGENCY CASE NUMBER: BR-15-0077  AGENCY: FDLE - Browne  OFFENSE: Firearm Violator  LOCATION OF OFFENSE: _____  ZONE: _____

VICTIM:

| Card Number | PHOTOS/LIFTS OBTAINED FROM | Location Interior Exterior | Of Value Yes No | Prints Finger Palm | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | DATE: 11/2/99 |
|---|---|---|---|---|---|---|
| 2. | Florida Pawnbroker | | X | ✓ | | RECEIVED BY: 11/18/99 |
| a. | Transaction Form # 14452 | | | | | |
| 3. | Judgment of Felony Conviction W/prints 95-9301CF | | X | ✓ | THE FOREGOING POLICE REPORTS, CONSISTING OF 1 PAGES, EACH PAGE HAVING BEEN INITIALED BY ME, ARE HEREBY SWORN TO | |
| 4. | Judgment of Felony Conviction W/prints 96-10311CF | | X | ✓ | SWORN TO BEFORE ME THIS 18 DAY OF _____ A.D. 19 __ AFFIANT | |
| a.5 | DOC Prison letter w/print of Milton Lynch | | X | ✓ | Notary Public State of Florida At Large My Commission Expires | |

Evidence Processed by:
SIGN _____ DATE _____
PRINT _____ CCN _____  Evaluated by: SIGN _____ PRINT John D. Lazzaretto  Card Number _____  DATE 11/18/99 CCN 9087

| ELIMINATION PRINTS | Prints Attached | DOB | Identified Yes No | Card Number | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) |
|---|---|---|---|---|---|
| Name: | | | | | |
| Name: | | | | | |

| SUSPECTS | | DOB | Identified Yes No | Card Number | IDENTIFICATION EFFECTED |
|---|---|---|---|---|---|
| Name: Milton Lynch | | B/M 7/8/77 | X | | 2,3,4,&5 Right Thumb identified to arrest standards (BSO) dated 6/23/95 & 1/12/96 |
| Name: | | | | | |
| Name: | | | | | |
| Name: | | | | | |

Investigating Detective:
SIGN Jonathan Smith DATE 11/2/99
PRINT Jonathan Smith  CCN 529
Business Telephone: 958-5412  Pager: _____  Remarks: _____

Verified by: _____ ☐AFIS Entry  Latent Examiner's Name: John D. Lazzaretto 11/19/99

☐Yes ☒No Need Elimination Prints  ☐Yes ☐No CCN9087  Date11/18/99

BSO CL#20 (Revised 12/97)

NOTE: Compare above documents to BSO arrest standards.

Arrest (Robbery) 5/4/95 and (Poss cocaine) 11/19/96

# FLORIDA PAWNBROKER TRANSACTION FORM

**POWERLINE PAWN & JEWELRY**
**196 N. POWERLINE RD.**
**POMPANO BEACH, FL 33069**
**[305] 968-3000**

TRANSACTION DATE: 04/02/99
CONTROL # 104652- 68391
DEPT. #
TIME 11:33 AM
MATURITY DATE

TYPE OF TRANSACTION: ☐ PURCHASE/TRADE ☐ CONSIGNMENT ☐ PAWN

**PLEDGOR/SELLER**
NAME (LAST): LYNCH, MILTON
CUST.# (017473)
DATE OF BIRTH 07/08/77
SEX (M/F) M
RACE B

W-WHITE
B-BLACK
I-AMERICAN INDIAN
A-ASIAN/ORIENTAL

RESIDENTIAL ADDRESS: 2750 NW 7 ST  POMPANO BEACH, FL  33069
PLACE OF EMPLOYMENT: UNEMPLOYED
S/S 594141211
D.L.#/OFFICIAL PHOTO ID #: L520-540-77-248-0   TYPE DL   AGENCY/STATE FL   HGT. 6'02"   WGT. 165   EYES BLACK   HAIR BLACK   IDENTIFYING MARKS

## CODES

FIREARM / JEWELRY codes...

You are giving a Security Interest in the following items

**ITEM 1**
SERIAL NUMBER: J323920
OWNER APPLIED NUMBER
ITEM TYPE: GUN
BRAND: S & W
MODEL/MANUFACTURER NUMBER: 36
DESCRIPTION OF ITEM: - REVOLVER .38 SPL
TYPE H  ACTION R  GAUGE/CALIBER .38 SPL  FINISH B  BARREL 1  AMOUNT PAID $ 80.00
SIZE/LENGTH 2"

**ITEM 2–6** (blank)

AMOUNT FINANCED $
FINANCE CHARGE $
TOTAL OF PAYMENTS
ANNUAL PERCENTAGE RATE %
PAWN DEFAULT DATE
MAKER: JOEL V.

OUTRIGHT PURCHASE
Amount Paid: $ 80.00

Right Thumb Print of Seller

The Pledgor/Seller represents and warrants that the pledged property is not stolen... Under penalty of perjury, I have read the foregoing document, and the facts stated in it are true.

X _Tyrek Milton_
NOTICE See reverse side   144/144

17th Judicial Circuit in and for Broward County                                    CLOC

DIVISION:
CRIMINAL          **JUDGEMENT**          DIV:          FL!

95-395364  T#011
09-12-95   03:51PM

THE STATE OF FLORIDA VS:

Milton Lynch

CASE NUMBER

95-9301CF

PLAINTIFF                    DEFENDANT

[ ] PROBATION VIOLATOR          STATE ATTORNEY
( Check if Applicable )          COURT REPORTER          YVETTE M. GREENE

The Defendant, _____Milton Lynch_____ being personally before this Court represented
by: _____Armando Oncle_____ , his attorney of record, and having:
(Check Applicable Provision)
          [ ] Been tried and found guilty of the following crime(s).
          [x] Entered a plea of guilty to the following crime(s).
          [ ] Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|-------|-------|---------------------------|-----------------|----------------------|
| I | Strong Arm Robbery | 812.13 (1) | 2F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of
the above crime(s)
     The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00)pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The defendant is further ordered to pay
the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

(Check if Applicable)          [ ] The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0835.
                              (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and
                              completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).

Restitution to State          [ ] The defendant shall make payment of any debt due and owing to the State under section 960.17, 948.03 (1)(9) and 775.089, Florida
                              Statutes. The amount of such debt shall not exceed $10,000 and has already been determined to be $_____or if not yet determined
                              shall be determined by the Court at a later date upon final payment by the Crimes Compensation Trust Fund on behalf of the victim(s).

                              [ ] The Court hereby imposed additional court costs in the sum of $_____

Imposition of Sentence        [ ] The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant
Stayed and Withheld           on probation for a period of _____
                              under the supervision of the Department of Corrections (condition of probation set forth in separate order.)

Sentence Deferred             [ ] The Court hereby defers imposition of sentence until _____
Until Later Date                                                                    (Date)
(Check if Applicable)
                              [ ] Pay $200.00 Trust Fund pursuant to F.S.27.3455          BK 23900 60689

     Thr Defendant in Open Court was advised of his right to appeal from this Judgment by filling notice of appeal with the Clerk of Court within thirty days following
the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said
appeal at the expense of the State upon showing of indigence.

COUNT(S) _____ : _____ DAYS BROWARD COUNTY JAIL W/CREDIT FOR _____ DAYS TIMES SERVED          (2)

FORM 180P074  REVISED 10/94                    PAGE 1 OF 2

| DIVISION CRIMINAL | [ ] **ADJUDICATION WITHHELD** [ ] **ADJUDICATED GUILTY** | CASE NUMBER GSG3010F |
|---|---|---|

### FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
|  |  |  |  |  |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|
|  |  |  |  |  |

Fingerprints taken by:

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original
WITNESS MY HAND AND SEAL
on          11/5/99
ROBERT E. LOCKWOOD, Clerk
BY _____ D.C.

_TERRENCE P. MOORE_ ____ Court Deputy CON

Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this _____ day of ___ 2 5 1995 ___ A.D., 19 _____ I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant _Milton Lynch_ , and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

FORM 180P080
REVISED 9/94

Lynch Milton          PAGE 2 OF 2

17th Judicial Circuit in and for Broward County                                    CLO

| DIVISION: | | |
|---|---|---|
| CRIMINAL | **JUDGEMENT** | DIV: _FL_ |

THE STATE OF FLORIDA  VS:

96-121538    T#017
03-14-96    01:28PM

Milton Lynch

**PLAINTIFF**                          **DEFENDANT**

**CASE NUMBER**

961031CA

[ ] PROBATION VIOLATOR          STATE ATTORNEY _Gerald Weller_
( Check if Applicable )          COURT REPORTER

The Defendant, _Milton Lynch_ being personally before this Court represented
by: _Nathan Willis_ , his attorney of record, and having:
(Check Applicable Provision)      [ ]   Been tried and found guilty of the following crime(s).
                                  [x]   Entered a plea of guilty to the following crime(s).
                                  [ ]   Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIE IMPOSED |
|---|---|---|---|---|
| I | Delivery Cocaine | 893.1032A4 | 2F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL
on _1/13/99_
ROBERT E. LOCKWOOD, Clerk
D.C.

and no cause has been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY o
the above crime(s)
   The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The defendant is further ordered to p
the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

(Check if Applicable)      [ ] The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0835.
                           (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and
                           completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).

Restitution to State       [ ] The defendant shall make payment of any debt due and owing to the State under section 960.17, 948.03 and 775.089, Florida
                           Statutes. The amount of such debt shall not exceed $10,000 and has already been determined to be $ _____ or if not yet determin
                           shall be determined by the Court at a later date upon final payment by the Crimes Compensation Trust Fund on behalf of the victim(s).

                           [ ] The Court hereby imposed additional court costs in the sum of $_____

Imposition of Sentence     [ ] The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant
Stayed and Withheld        on probation for a period of _____
                           under the supervision of the Department of Corrections (condition of probation set forth in separate order.)

Sentence Deferred          [ ] The Court hereby defers imposition of sentence until _____
Until Later Date                                                                        (Date)
(Check if Applicable)
                           [ ] Pay $200.00 Trust Fund pursuant to F.S.27.3455          BK 24606PG0600

   The Defendant in Open Court was advised of his right to appeal from this Judgment by filling notice of appeal with the Clerk of Court within thirty days follow
the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking s
appeal at the expense of the State upon showing of indigence.

COUNT(S) _____ _____ DAYS BROWARD COUNTY JAIL W/CREDIT FOR _____ DAYS TIMES SERVED

FORM 180P074  REVISED 10/84                          PAGE I OF 2

| DIVISION CRIMINAL | [ ] **ADJUDICATION WITHHELD** <br> [ ] **ADJUDICATED GUILTY** | CASE NUMBER <br> 9610310 |

## FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by:

TERRENCE P. MOORE

Name and Title

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL
on 11/3/99
ROBERT E. LOCKWOOD, Clerk
BY
Court Deputy

DONE AND ORDERED in Open Court at Broward County, Florida this _____ day of _____ MAR 0 1 1996
A.D., 19____ I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the
Defendant MILTON LYNCH , and that they were placed thereon by said Defendant in
my presence in Open Court this date.

JUDGE ROBERT B. CARNE

FORM 180P080
REVISED 9/94

Lynch Milton

PAGE 2 OF 2

| FILING AGENCY | | OFFENSE REPORT NO. | LOCATION NO. | OBTS. NO. | |
|---|---|---|---|---|---|
| POMPANO BEACH | | 96-001710 | PB96-0202 | 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 | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| LYNCH | MILTON | | | " MILK " | U.S. |

| RC. | SEX | HGT. | EYES | HAIR | WGT. | COMP. | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| B | m | 6-2 | BRN | BLK | 173 | DARK | 18 | 7-8-77 | FT. LAUDERDALE,FL. | UNDER NOSE |

| PERMANENT ADDRESS | LOCAL ADDRESS | |
|---|---|---|
| 871 NW 4th AVE. POMPANO BEACH,FL. | PLACE OF EMPLOYMENT | LENGTH |

| RESIDENCE TYPE: | (X) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER/CCN |
|---|---|---|---|---|---|
| 18yrs | | | 301 POMPANO PKWY. | 1/17/96-2116 | FITZPATRICK 919 BILL 196/GREAVES 846 |

| OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME- | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| Y ☐ N (X) | TAC 67 | | | | | | TIME ARRIVED AT BSO | C |

| TYPE N-N/A A-AMPHETAMINE | B-BARBITURATE C-COCAINE E-HEROIN | H-HALLUCINOGEN M-MARIJUANA O-OPIUM | P-PARAPHERNALIA/ EQUIPMENT S-SYNTHETIC | U-UNKNOWN Z-OTHER | ACTIVITY D | ACTIVITY N-N/A P-POSSESS | S-SELL B-BUY T-TRAFFIC | A-SMUGGLE D-DELIVER E-USE | M-MANUFACTURE PRODUCE/ CULTIVATE | K-DISPENSE/ DISTRIBUTE | Z-OTHER | INDICATION OF: ALCOHOL INFLUENCE DRUG INFLUENCE | Y ☐ N ☐ (X) ☐ | U/K ☐ ☐ (X) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S VEHICLE MAKE | | TYPE | YEAR | COLOR | VIN NO. | |
|---|---|---|---|---|---|---|
| ATTACH DEFENDANTS PHOTO | VEHICLE TOWED TO _____ TAG NO. | | | OTHER OCCUPANTS OR REMARKS | | |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1. | SALE ( DELIVERY) OF COCAINE 2° FEL | | FSS 893.13 |
| | VALTOX POSITIVE | | |
| | NO WANTS NO WARRANTS | | |

PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared  S.BILL 196 / R.GREAVES 846 / D.FITZPATRICK 919 _____ who being first duly sworn deposes and says that on __17th__ day __JAN__ , 19 __96__ at __301 Pompano Pkwy. Pompano Beach,Fl.__ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

On the above date and time Ofcs Stephen Bill. Richard Greaves and Daniel Fitzpatrick were conducting an undercover narcotic investigation in the area of 301 Pompano Pkwy. Pompano Beach,Fl. Ofc. Stephen Bill working in an undercover capacity meade contact withbthe Def. who agreed to sell him $60.00 worth of crack cocaine. Arrangements were made for Ofc. Bill to meet the Def. at the above location. Within 5 minutes of making the phone call to the Def. contact was made and the Def. sold (3) crack cocaine rocks to Ofc. Bill valued at $60.00,which was prerecorded investigative fund! After the transaction was conducted the Def. was taken into custody and the investigative funds was recovered. The (3) crack cocaine rocks which the Def. sold to Ofc. Bill were Valtox tested with positive results.

I swear the above statement is correct and true to the best of my knowledge and belief.  D. Fitzpatrick 919

_____          Stephen Bill 196/ R.GREAVES 846          T.E.U.
OFFICER/AFFIANT'S SIGNATURE                  OFFICER'S NAME/CCN                           OFFICER'S DIVISION

STATE OF __FLORIDA__  COUNTY OF __BROWARD__

The foregoing instrument was acknowledged before me this __17th__ day of __JAN__ , 19 __96__ , who is personally known to me or who has produced (ID Type) __KNOWN__ as identification and who __DID__ take an oath.          (SEAL OR STAMP)
                                                                                                    (DID OR DID NOT)

_____  Sworn LEO          __Lieutenant 346__
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY          TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
FOB #2 (Rev 9/91)          FIRST APPEARANCE / ARREST FORM
SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION.

Orig. - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

FILING AGENCY

# FLORIDA PAWNBROKER TRANSACTION FORM

**POWERLINE PAWN & JEWELRY**
**196 N. POWERLINE RD.**
**POMPANO BEACH, FL 33069**

**[305] 968-3000**

| TRANSACTION DATE | CONTROL # | 104653 |
|---|---|---|
| 04/02/99 | DEPT. # | |

TIME    11:33 AM    MATURITY DATE

TYPE OF TRANSACTION  ☐ PURCHASE/TRADE  ☐ CONSIGNMENT  ☐ PAWN

## PLEDGOR/SELLER

NAME (LAST) LYNCH, MILTON (FIRST) (MIDDLE)  CUST.# (017473)  DATE OF BIRTH 07/08/77  SEX (M/F) M  RACE B

W-WHITE  B-BLACK  I-AMERICAN INDIAN  A-ASIAN/ORIENTAL

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip)  2750 NW 7 ST POMPANO BEACH. FL 33069   HOME PHONE (Area Code & Number)

PLACE OF EMPLOYMENT  UNEMPLOYED   S/S 594141211   BUSINESS PHONE (Area Code & Number)

D.L #/OFFICIAL PHOTO I.D. # L520-540-77-248-0  TYPE DL  AGENCY/STATE FL  HGT. 6'02"  WGT. 165  EYES BLACK  HAIR BLACK  IDENTIFYING MARKS

### CODES

FIREARM / JEWELRY code legend

**You are giving a Security Interest in the following items**

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL/MANUFACTURER NUMBER |
|---|---|---|---|---|---|
| **ITEM 1** | J323920 | | GUN | S & W | 36 |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)  REVOLVER .38 SPL

| TYPE | ACTION | GAUGE/CALIBER | FINISH | BARREL | AMOUNT PAID |
|---|---|---|---|---|---|
| H | R | .38 SPL | B | 1 | $ 180.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE/LENGTH 2" | FIRST STONE | # STONES | SHAPE | CT | COLOR | SECOND STONE | # STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(ITEM 2 through ITEM 6 blank)*

## AMOUNT FINANCED
The amount of cash given directly to you.
$

## FINANCE CHARGE.
The dollar amount the credit will cost you.
$

## TOTAL OF PAYMENTS.
Amount required to redeem pledged property on the maturity date.
$

## ANNUAL PERCENTAGE RATE.
The cost of your credit as a yearly rate
%

PAWN DEFAULT DATE

MATURITY DATE

PAYMENT SCHEDULE.
Total of payments is due on Maturity Date shown above.

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge.

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

AMOUNT DUE ON DEFAULT DATE

The Pledgor/Seller represents and warrants that the pledged property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to have good title to the pledged property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age. **I Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document. Under penalty of perjury, I have read the foregoing document, and the facts stated in it are true.**

X _(signature)_  NOTICE: See reverse side    144/144

MAKER: JOEL V.

## OUTRIGHT PURCHASE
Amount Paid:
$ 80.00

Right Thumb Print of Seller

DEPT #   CONTROL #

CI # 10

STATE OF FLORIDA



JEB BUSH, GOVERNOR, CHAIRMAN
KATHERINE HARRIS, SECRETARY OF STATE
ROBERT A. BUTTERWORTH, ATTORNEY GENERAL
ROBERT F. MILLIGAN, COMPTROLLER

BILL NELSON, TREASURER
TOM GALLAGHER, COMMISSIONER OF EDUCATION
BOB CRAWFORD, COMMISSIONER OF AGRICULTURE
MRS. JANET H. KEELS, COORDINATOR

PHONE: 850/488-2952

**OFFICE OF EXECUTIVE CLEMENCY**
2601 BLAIRSTONE ROAD
BUILDING C, ROOM 229
TALLAHASSEE, FLORIDA 32399-2450

STATE OF FLORIDA,
COUNTY OF LEON.

I HEREBY CERTIFY that I, Janet H. Keels, am Coordinator of the Office of Executive Clemency

of the State of Florida which is located in the Florida Parole Commission. I further certify that this seal is the

official seal of the Florida Parole Commission. As Coordinator of the Office of Executive Clemency, I am

custodian of the records of the clemency office. I have made a thorough search of the clemency records and there

is no record of restoration of civil rights; specific authority to receive, possess or transport in commerce a firearm;

or a pardon of any kind, having been granted by the Governor and Cabinet of the State of Florida to a **MILTON

LYNCH, DOB 07/08/1977,** in connection with a conviction in the State of Florida. In addition, there is no

application pending for clemency at this time for the above-named person.

Janet H. Keels, Coordinator
Office of Executive Clemency
of the State of Florida
Florida Parole Commission



November 16, 1999

**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

Governor
**JEB BUSH**

Secretary
**MICHAEL W. MOORE**

*An Affirmative Action/Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

## CERTIFICATE

**STATE OF FLORIDA:**
**COUNTY OF UNION:**

DATE:        November 03. 1999

TO:          FDLE Broward
             Attn: Jonathan Smith, Special Agent
             1475 Northwest 62nd Street
             Suite 203
             Ft. Lauderdale, Fl. 33309

             RE:  LYNCH, MILTON
             DOC: 998755

**I HEREBY CERTIFY** that I am the Correctional Sentence Specialist for the North Florida Reception Center, Lake Butler, Florida.

**I ALSO CERTIFY** that the above - referenced individual was received as a new commitment on 3-6-96 from Broward County for the offense of Robbery No Firearm Or Deadly Weapon, Cocaine Sale, Manufacture, Delivery for a term of two (2) years nine (9) months twenty-three (23) days.  On 8-1-98 subject was released by expiration of sentence to Broward County.

I FURTHER CERTIFY that the attached are correct copies from the original file copies, the originals of which are on file at the North Florida Reception Center, Lake Butler, Florida.

Karen E. Jenkins
KAREN E. JENKINS
Correctional Sentence Specialist

THE FOLLOWING INSTRUMENT WAS ACKNOWLEDGE
BEFORE ME THIS 4th DAY OF November,
1999, BY Karen E Jenkins
PERSONALLY KNOWN TO ME AND WHO DID TAKE
AN OATH.

Sheila S. Thornton
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE

Sheila S. Thornton
MY COMMISSION # CC791997 EXPIRES
November 19, 2002
BONDED THRU TROY FAIN INSURANCE INC.