HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6078-CR   Date: 5/30/00
Courtroom Clerk: F. Hart   Court Reporter: Reeves
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Danizar

Defendant(s): M. Lynch   Counsel: D. Wilcox

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead + adj are guilty. P.S.I. ordered. Sent set for Friday Sep 1, 2000 at 1:30 p.m.

Misc.: _____