UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6078-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

MILTON LYNCH  :

    Defendant.  :

_____/

**NIGHT BOX FILED**

**AUG - 4 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT'S OBJECTION TO THE PRE-SENTENCE INVESTIGATION REPORT

The Defendant, MILTON LYNCH, through undersigned counsel, files his objection to the Pre-sentence Investigation Report (PSI), and in support thereof, the defendant states:

### Criminal History Computation

Mr. Lynch objects to the probation officer's criminal history computation. The probation officer has assessed ten (10) criminal history points to Mr Lynch, placing him in Criminal History Category V.   See PSI ¶¶ 20-29.   Mr. Lynch submits that he has six (6) criminal history points which places him in Criminal History Category III.

In ¶¶ 23 and 25, the probation officer assessed a total of (6) criminal history points to Mr. Lynch's concurrent thirty-three month sentence for Broward County case numbers 95-9301CF10A



and 96-1031CF10A. Attached as defendant's exhibits 1 and 2 are copies of the dispositions for Broward County case numbers 95-9301CF10A and 96-1031CF10A. The thirty-three month concurrent prison sentence was imposed on the same date by the same judge. Because the cases were related in that they were consolidated for sentencing, Mr. Lynch submits that the probation officer should have assessed a total of three points for the sentences referred to in ¶¶ 23 and 25. See U.S.S.G. § 4A1.2, comment. n.3.

In ¶27 of the PSI, the probation officer assessed one (1) criminal history point for the two (2) day jail sentence he received for Broward County case number 00-2313MM10A. Attached as defendant's exhibit 3 is the disposition for Broward County case number 00-2313MM10A. Mr. Lynch submits that no criminal history points should be assessed to this sentence because it was an un-counseled misdemeanor plea which resulted in the imposition of a prison term. See Nichols v. United States, 511 U.S. 738, 114 U.S. 1921 (1994); United States v. Baker, 116 F.2d 870 (11th Cir.1997).

Based upon the foregoing, Mr. Lynch submits that he has a total of six criminal history placing him in criminal history category III, which yields a sentencing range of 46 to 57 months.

Therefore, Mr. Lynch respectfully requests that this Court sustain his objections to the Pre-sentence Investigation Report and impose a sentence which is consistent with the facts and arguments set forth above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 NE 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 112
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 7th day of August, 2000 to Assistant United States Attorney Thomas Lanigan, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301 and Diedra M. Pratt, United States Probation Office, United States Courthouse, 299 .E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301-1168

Daryl E. Wilcox

S:\WILCOX\Lynch\obj.wpd



THE CIRCUIT COURT...

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

CASE NO. SC0010159-7A  ARREST NO. PN9600020? AKA _____ R&R/VC/SURETY _____ TRUST FUND / HOURS _____
SUMMONS/CASH BOND _____ ASSESSME_

| | COURT STATUS | |
|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☐ CHANGE OF PLEA |
| ☐ ARRAIGNMENT | ☐ JURY | ☒ PLED GUILTY |
| ☐ SENTENCING | ☐ COURT | ☐ PLED NOLO |
| | ☐ 1ST. V.O. | ☐ WITHHELD |
| | ☐ FINAL V.O. | ☐ NOLLE PROSEQUI |

☐ ADJ. GUILTY  $260 VC  VC EACH COUNT _____ ☐ DISMISSED  ☐ ACQUITTED

**CHARGE(S)**
001 POSS/PUR/SELL/DELIVER COCAINE

**SENTENCE:** 3 yrs DS w/ css 301cf
unc w/ 655301cf

96 MAR -1 AM 11:09

COUNT _____ DUI USE ONLY

| CASAP/DUI SCHOOL | | PROBATION W/SPECIAL CONDITION | HOURS COMM SERVICE | WORK PERMIT |
|---|---|---|---|---|
| | | LICENSE SUSP | CASAP EVALUATION | |

JAIL TIME _____ 5% _____ V.C. _____ C/C _____ EMTF _____
OTHER

TIME SERVED

| COUNT(S) | | | | | DAYS |
|---|---|---|---|---|---|
| | $ FINE | COURT COST | 5% | V.C. | C/C |
| | $ FINE | COURT COST | 5% | V.C. | C/C |
| | $ FINE | COURT COST | 5% | V.C. | C/C |
| PLUS $ | FINE | DEFERRAL FEE TO: | | | |

JUDGE ROBERT H CARNEY

BY _____ (DEPUTY CLERK)

SHERIFF'S COPY

DEFENDANT'S EXHIBIT 2

