UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6078-CR-ROETTGER

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

MILTON LYNCH   :

    Defendant.   :

_____/

## DEFENDANT'S MOTION FOR DATE CERTAIN FOR SENTENCING HEARING

The Defendant, MILTON LYNCH, through undersigned counsel, files this motion requesting the Court to set his sentencing hearing on a date certain, and in support thereof, the defendant states:

1. On May 30, 2000, Mr. Lynch entered a plea of guilty to the offense of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g).

2. The sentencing hearing was originally scheduled for September 1, 2000. However, the hearing was cancelled because the Court was in trial in another area of the district.

3. Several members of the defendant's family had planned to attend the sentencing hearing on September 1, 2000. Some members of the defendant's family had begun making the trip from Georgia when the hearing was cancelled.

4. A date certain would allow the defendant's family members sufficient time to make arrangements to attend the sentencing hearing.

5. The undersigned has contacted Assistant United States Attorney Tom Lanigan and Mr. Lanigan does not oppose the Court scheduling the sentencing hearing for a date certain for the purpose of enabling the defendant's family members to attend the hearing.

WHEREFORE, the defendant, Milton Lynch, respectfully requests that the Court schedule the sentencing hearing for a date certain to enable the defendant's family members to make arrangements to attend the sentencing hearing.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 NE 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 112
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 11th day of September, 2000 to Assistant United States Attorney Thomas Lanigan, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Daryl E. Wilcox

S:\WILCOX\Lynch\date certain.wpd

2