SEP 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6078-CR-ROETTGER

UNITED STATES OF AMERICA

vs

MILTON LYNCH                                         NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for **FRIDAY OCTOBER 6, 2000 at 1:30 P.M.** at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

---

CLARENCE MADDOX, CLERK

DATED: 9/27/00

BY: _____
Deputy Clerk