HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6078-CR-NCR   Date: 10/13/00
Courtroom Clerk: P. Hart   Court Reporter: Beever
Probation Officer: present   Interpreter: ___
Plaintiff(s): U.S.A.   Counsel: Kay for Lanigan

Defendant(s): M. Lynch (J)   Counsel: P. Wilcox

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine, 57 months, assessed $100.00, 3 yrs. S.R., 500 hr BOP Drug program, Recom: South Fl. Treatment program for substance abuse.

Misc.:

