AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

FILED by _____ D.C.

OCT 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
v.
MILTON LYNCH

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **0:00CR06078-001**
A.U.S.A.-Lanigan    Daryl Wilcox,Esq.,F.P.D.
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __1__

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922 (g)(1) | Possession of a firearm by a convicted felon | 04/13/2000 | 1 |

P. Hart
10/14/00

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 07/08/1977
Defendant's USM No.: 55272-004
Defendant's Residence Address:
2750 N.W. 7th Street
2710 N.W. 7th Street
Pompano Beach    FL    33069

Defendant's Mailing Address:
2750 N.W. 7th Street
2710 N.W. 7th Street
Pompano Beach    FL    33069

10/13/2000
Date of Imposition of Judgment

*Norman C. Roettger* (signature)

Signature of Judicial Officer

**NORMAN C. ROETTGER**
**U.S. DISTRICT COURT JUDGE**
Name & Title of Judicial Officer

13 OCT 2000
Date

26/jm

DEFENDANT:     MILTON LYNCH
CASE NUMBER:   0:00CR06078-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __57__ month(s) _____.

**Defendant to receive credit for time served.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**B.O.P. 500 Hour Drug Treatment Program. South Florida area.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __11/16/00__ to __FBOP__

at __FCI MIA__, with a certified copy of this judgment.

ED GONZALEZ
WMS   UNITED STATES MARSHAL

By CARLOS RODRIGUEZ
   LJE   Deputy U.S. Marshal