PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63556

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-06078-CR-001-ROETTGER</u>
(Martinez)



FILED by _____ D.C.

FEB - 4 2005

CLA...
CLER...
S. D. ... FLA.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Milton Lynch

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Jr., Senior U.S. District Court Judge, Ft. Lauderdale, Florida

Date of Original Sentence: October 13, 2000

| | |
|---|---|
| Original Offense: | Ct. 1: Possession of a Firearm by a Convicted Felon, in violation of Title 18 U.S.C. section 922(g)(1), a class C felony. |
| Original Sentence: | 57 months Bureau of Prisons, followed by three years supervised release. Special condition imposed: Defendant is to participate in an approved substance abuse program as directed by the probation officer. Defendant shall contribute to the costs of services rendered in an amount to be determined by the probation office based on the defendant's ability to pay or availability of third party payment. |

Type of Supervision: Supervised Release        Date Supervision Commenced: April 30, 2004

Assistant U.S. Attorney:              Defense Attorney:  
Thomas P. Lanigan                    Daryl Wilcox, AFPD

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about December 31, 2004, the defendant was arrested by the Broward Sheriff's Office and charged with Ct. 1: Delivery of Cocaine within 1,000 feet of a convenience store, in violation of Florida Statute 893.131E12A4. |

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63556

2. **Violation of Standard Condition,** by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On or about December 31, 2004, the defendant was arrested by the Broward Sheriff's Office, and he failed to advise the U.S. Probation Officer.

3. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 14, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently was confirmed positive by Scientific Laboratories, Inc.

U.S. Probation Officer Recommendation:

The term of supervision should be

[X]   Revoked.

Respectfully submitted,

by *[signature]*

Ann Roman  
U.S. Probation Officer  
Phone: (954)769-5509  
Date: January 24, 2004

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]*  
Signature of Judicial Officer

3 Feb 2005  
Date