# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA )    Case Number: CR _00-6078-CR-Roettger_
                  Plaintiff )                                  _(Martinez)_
                           )    REPORT COMMENCING CRIMINAL
         -VS-              )         ACTION
                           )
_Milton LYNCH_             )    _55272-004_
         Defendant             USMS NUMBER

FILED by _____ D.C.
MAG. SEC.

FEB 1 4 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO:  Clerk's Office  (MIAMI)  FT. LAUDERDALE   W.PALM BEACH
     U.S. District Court          FT. PIERCE
                        (circle one of above)
NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE.

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _02/10/05_     _1230_    am/(pm)

(2)  Language Spoken: _English_

(3)  Offense(s) Charged: _Supervised Release Violation_

(4)  U.S. Citizen  [X] Yes     [ ] No   [ ] Unknown

(5)  Date of Birth: _07/08/77_

(6)  Type of Charging Document:  (check one)
     [ ] Indictment   [ ] Complaint to be filed/already filed
     Case#_____

     [ ] Bench Warrant for Failure to Appear
     [X] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _S/FL_

     COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date: _02/10/05_    (9) Arresting Officer: _R.Kirby_

(10) Agency: _USMS_           (11) Phone: _954-356-78__

(12) Comments: _____

PROB 19                                                                SD/FL PACTS No.  63556

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6078-CR-ROETTGER

(MARTINEZ)

U.S.A. vs   MILTON LYNCH

## TO: ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |
|---|

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Milton Lynch | M | B | 27 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 2710 N.W. 7th Street, Pompano Beach, Florida 33069 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida | 10/13/2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. District Court, Southern District of Florida, Ft. Lauderdale |

| CLERK Clarence Maddox Court Administrator o Clerk of Court | (BY) DEPUTY CLERK *Wanda Holston* | DATE *February 4, 2005* |
|---|---|---|

| RETURN | | |
|---|---|---|
| | DATE RECEIVED | DATE EXECUTED |
| **Warrant received and executed.** | | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME: | (BY) | DATE |

Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for Southern District of Florida," or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."