UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-06078-CR-~~ROETTGER~~ Martinez

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

MILTON LYNCH,
        Defendant.
_____:

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

    The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matte-B that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the

defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
William R. Barzee
Assistant Federal Public Defender
Florida Bar No.  0158720
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
william_barzee@fd.org
(305) 530-7000, ext. 122
(305) 536-4559, fax

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing instrument was mailed this ___16th___ day of February, 2005, to United States Attorney's Office, 99 NE 4th Street, Miami, FL 33132-2111.

By: _____
William R. Barzee

K:\BarzeeW\Mag Court\Invocation of Rights.wpd

# FAXBACK SERVICE LIST

William R. Barzee, Esq.
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559

United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976