**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

```
UNITED STATES OF AMERICA    )    Case Number: CR 00-6078-CR-Roettger
                Plaintiff  )                              (Martinez)
                           )    REPORT COMMENCING CRIMINAL
        -vs-               )    ACTION
                           )
   Milton LYNCH            )    52272-004
       Defendant                USMS NUMBER
```

2005 FEB 17 PM 3:08

TO: Clerk's Office (MIAMI) FT. LAUDERDALE  W. PALM BEACH
    U.S. District Court        FT. PIERCE
                    (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 02/10/05    1230  am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Supervised Release Violation

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 07/03/77

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 02/10/05    (9) Arresting Officer: R. Kirby

(10) Agency: USMS    (11) Phone: 954-356-7865

(12) Comments: _____