UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6078-Cr-Martinez

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MILTON LYNCH,
    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Paul M. Korchin. Please direct any future inquiries, pleadings or correspondence to Paul M. Korchin on behalf of the Defendant Milton Lynch.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY: _____
    Paul M. Korchin
    Assistant Federal Public Defender
    Florida Bar No. 203971
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130-1556
    Tel: 305-530-7000/Fax: 305-536-4559
    E-Mail Address: Paul_Korchin@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 23 day of February, 2005.

_____
Paul M. Korchin

J:\Lynch, Milton Reg\Pleadings\ASSIGN.NOT

## FAXBACK SERVICE LIST

United States Attorney's Office
99 N.E. Fourth Street
Miami, Florida 33132-2111

305/530-7976


Paul M. Korchin, AFPD
Federal Public Defender's Office
150 West Flagler Street
Miami, Florida 33130

305/536-4559