PROB 19      SD/FL PACTS No. 63556

FILED by _____ D.C.
DKTG
APR - 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6078-CR-MARTINEZ__

Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida
By _/s/ W. Holsden_ Deputy Clerk
Date _4-4-05_

U.S.A. vs MILTON LYNCH

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |||||
| NAME OF PROBATIONER<br>Milton Lynch |||SEX<br>M | RACE<br>B | AGE<br>27 |
| ADDRESS (STREET, CITY, STATE)<br>2710 N.W. 7th Street, Pompano Beach, Florida 33069 |||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida ||| DATE IMPOSED<br>10/13/2000 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court, Southern District of Florida, Miami |||||
| CLERK Clarence Maddox<br>Court Administrator ○ Clerk of Court | (BY) DEPUTY CLERK<br>_/s/ Wanda Holsden_ ||| DATE<br>APR 0 4 2005 |

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for __Southern District of Florida__;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

