PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63556

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-06078-CR-MARTINEZ</u>



FILED by _____ D.C.  
APR - 4 2005  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

## SUPERSEDING PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Milton Lynch

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Jr., Senior U.S. District Court Judge, Ft. Lauderdale, Florida

Judicial Reassignment: February 2, 2005, to the Honorable Jose E. Martinez, U.S. District Court Judge, Miami, Florida

Date of Original Sentence: October 13, 2000

| | |
|---|---|
| Original Offense: | Ct. 1: Possession of a Firearm by a Convicted Felon, in violation of Title 18 U.S.C. section 922(g)(1), a class C felony. |
| Original Sentence: | 57 months Bureau of Prisons, followed by three years supervised release. Special condition imposed: Defendant is to participate in an approved substance abuse program as directed by the probation officer. Defendant shall contribute to the costs of services rendered in an amount to be determined by the probation office based on the defendant's ability to pay or availability of third party payment. |

Type of Supervision: Supervised Release          Date Supervision Commenced: April 30, 2004

Assistant U.S. Attorney:          Defense Attorney:  
Thomas P. Lanigan                  Daryl Wilcox, AFPD

## PETITIONING THE COURT

[ ]   To issue a warrant  
[ ]   To issue a summons  
[X]   Superseding Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  SD/FL PACTS No. 63556
(SD/FL 9/96)

**Violation Number**        **Nature of Noncompliance**

1.              **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about March 10, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana and cocaine in our local laboratory; and subsequently was confirmed positive by Scientific Laboratories, Inc.

U.S. Probation Officer Recommendation:

The term of supervision should be

[X]     Revoked.

                                        Respectfully submitted,

                        by      _____
                                        Ann Roman
                                        U.S. Probation Officer
                                        Phone: (954)769-5509
                                        Date: March 28, 2005

Reviewed and Approved by: _____
                          Carolyn M. Gamble, Supervising
                          U.S. Probation Officer

=================================================================

THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

4 April 2005