PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63556



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-06078-CR-MARTINEZ</u>

## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: Milton Lynch

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Jr., Senior U.S. District Court Judge, Ft. Lauderdale, Florida

Judicial Reassignment: February 2, 2005, to the Honorable Jose E. Martinez, U.S. District Court Judge, Miami, Florida

Date of Original Sentence: October 13, 2000

| | |
|---|---|
| Original Offense: | Ct. 1: Possession of a Firearm by a Convicted Felon, in violation of Title 18 U.S.C. section 922(g)(1), a class C felony. |
| Original Sentence: | 57 months Bureau of Prisons, followed by three years supervised release. Special condition imposed: Defendant is to participate in an approved substance abuse program as directed by the probation officer. Defendant shall contribute to the costs of services rendered in an amount to be determined by the probation office based on the defendant's ability to pay or availability of third party payment. |

Type of Supervision: Supervised Release             Date Supervision Commenced: April 30, 2004

Assistant U.S. Attorney:                             Defense Attorney:  
Thomas P. Lanigan                                    Daryl Wilcox, AFPD

---

## PETITIONING THE COURT

[ ]   To issue a warrant  
[ ]   To issue a summons  
[X]   Superseding Petition

PROB 12C                                              SD/FL PACTS No. 63556
(SD/FL 9/96)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to refrain from violation of the law. On or about December 31, 2004, the defendant was arrested by the Broward Sheriff's Office and charged with Count 1, Delivery of Cocaine Within 1,000 Feet of a Convenience Store, in violation of Florida Statute 893.131E12A4. |
| 2. | **Violation of Standard Condition,** by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about December 31, 2004, the defendant was arrested by the Broward Sheriff's Office, and he failed to advise the U.S. Probation Officer. |
| 3. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 14, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory, and subsequently was confirmed positive by Scientific Laboratories, Inc. |
| 4. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about March 10, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana and cocaine in our local laboratory, and subsequently was confirmed positive by Scientific Laboratories, Inc. |
| 5. | **Violation of Bond Condition,** by failing to refrain from violation of the law. On or about April 7, 2005, in Broward County, Florida, the defendant did commit the offense of Possession of Cannabis less than 20 Grams, contrary to 893.136b. |

U.S. Probation Officer Recommendation:

The term of supervision should be

[X]  Revoked.

PROB 12C                                                         SD/FL PACTS No. 63556
(SD/FL 9/96)

                                        Respectfully submitted,

                        By

                                        Ann M. Roman
                                        U.S. Probation Officer
                                        Phone: 954-769-5509
                                        Date:   May 5, 2005

AMR:klk

**Reviewed and Approved by:** _____
                                        **Carolyn M. Gamble, Supervising**
                                        **U.S. Probation Officer**

===============================================================

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[X]   Issuance of a Superseding Petition.

                                                         _____
                                                         Signature of Judicial Officer

                                                         _____
                                                                      Date