**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 00-6078-CR-MARTINEZ**

UNITED STATES OF AMERICA

v.

MILTON LYNCH
_____________________________/

Inmate Name: Milton Lynch
Race: White /Male
D.O.B. 07/02/1977
Prisoner No: 55272-004
DC #: 998755

FILED by D.C.
MAG. SEC.
SEP 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: ANY UNITED STATES MARSHAL and

WARDEN, South Florida Reception Center

It appearing from the petition of the United States of America that the defendant in the above case, Milton Lynch is confined in the South Florida Reception Center at 14000 NW 41st Street, Miami, Florida 33178, and this case is set for Initial Appearance as to said defendant at U.S. District Courthouse, 300 NE First Avenue, Room 219, Miami, FL 33132 on Monday, October 3, 2005, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Milton Lynch now detained in custody as aforesaid, under safe and secure conduct, before this Court at U.S. District Courthouse, 300 NE First Avenue, Room 219, Miami, Florida 33132 by or before 1:30 o'clock, P. M., on October 3, 2005 for Initial Appearance

39
bb

on the criminal charges pending against subject in this cause, and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of South Florida Reception Center, at 14000 NW 41st Street, Miami, Florida 33178, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at Miami, Florida, this 15th day of September, 2005.

CHRIS McALILEY
UNITED STATE MAGISTRATE JUDGE

cc: U.S. Attorney (Thomas P. Lanigan) AUSA
U.S. Marshals (3 certified copies)
U.S. Chief Probation Officer
Probation Officer (Ann Roman)