

FILED by _____ D.C.
MAG. SEC.
OCT 4 - 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff <br> -vs- <br> Lynch, Milton <br> Defendant | **CASE NUMBER:** CR: 00-6078-CR-Martinez <br><br> REPORT COMMENCING CRIMINAL ACTION <br><br> 55272-004 <br> USMS NUMBER |

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT              (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.   INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) **DATE AND TIME OF ARREST:** 10-3-05         A M ____  P M _X_

(2) **LANGUAGE SPOKEN:** Eng

(3) **OFFENSE (S) CHARGED:** Bond Violation

(4) **DATE OF BIRTH:** 7-8-77

(5) **TYPE OF CHARGING DOCUMENT:**   (CHECK ONE)
   {  } INDICTMENT     {  } COMPLAINT TO BE FILED/ALREADY FILED
   {  } BENCH WARRANT FOR FAILURE TO APPEAR
   {  } PROBATION VIOLATION WARRANT
   {  } PAROLE VIOLATION WARRANT
   ORINGINATING DISTRICT: _____

(6) **REMARKS:** _____

(7) **DATE:** _____  (8) **ARRESTING OFFICER:** _____

(9) **AGENCY:** _____  (10) **PHONE:** _____

(11) **COMMENTS:** _____