UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6078-CR-MARTINEZ

UNITED STATES OF AMERICA,
vs.
MILTON LYNCH
_____

## WAIVER OF PROBABLE CAUSE HEARING

I, MILTON LYNCH                        , the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to <u>a probable cause hearing on the violation of supervised release</u>.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _____, my right to <u>a probable cause hearing on the violation of supervised Release.</u>

DATED: 10/19/05

_____
Defendant

_____
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to <u>a probable cause hearing on the violation of supervised release</u>.

DATED this 19TH ay of OCTOBER       , 2005, at MIAMI, FLORIDA, Southern District of Florida.

TAPE NO. 05C-60-1585

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER