PROB 19                                                    SD/FL PACTS No. 63556

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6078-CR-MARTINEZ

U.S.A. vs  MILTON LYNCH

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Milton Lynch | M | B | 27 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 2710 N.W. 7th Street, Pompano Beach, Florida 33069 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida | 10/13/2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, Southern District of Florida, Miami |

| CLERK Clarence Maddox Court Administrator • Clerk of Court | (BY) DEPUTY CLERK Wanda Holden | DATE APR 0 4 2005 |
|---|---|---|

### RETURN

| Warrant received and executed. | DATE RECEIVED 4/4/05 | DATE EXECUTED 10/4/05 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Miami, FL |

| NAME Christina Pharo, US Marshal S/D FL | (BY) Sabrina Livingston, ASDUSM | DATE 10/4/05 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."