UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
NOV 8 - 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

Case No. 00-6078-CR-MARTINEZ

    Plaintiff,

vs.

MILTON LYNCH,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

**PLEASE TAKE NOTICE** that the above-styled cause has been set for **Final Revocation Hearing** before the Honorable Jose E. Martinez, on **Monday, December 12, 2005 @ 1:00 p.m.**, in Courtroom 3, 3rd Floor, Federal Courthouse Square, 301 North Miami Avenue, Miami, Florida 33128.

DATED: November 8, 2005

                                        Wanda Holston
                                        Courtroom Deputy

copies provided:
Magistrate Judge Bandstra
All Counsel Of Record
Ann Roman, U.S. Probation Officer