FILED by _____ D.C.

DEC 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE JOSE E. MARTINEZ MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: _Dec. 12, 2005_    CASE NUMBER: _00-6078-CR-Martinez_
DEFENDANT: _Milton Lynch (J)_    COUNSEL: _Paul Korchin_
AUSA: _Thomas Lanigan_ _Joseph Cooley for_    PROB. OFFICER: _Ann Roman_
CLERK: _W. Holston_    CT REPORTER: _Larry Herr_
                    CT INTERPRETER: _none_

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____ a.m/p.m at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

___ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _Court Revokes Supervise Release._

SENTENCING

___ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: _24 mos. B.O.P. as to Count 1-5. Sentence shall run consecutively to Florida State Prison Sentence of 273 mos in case no. 05-0042CF10A. Special Conditions Recomendation: 500 hr drug program; designate to S. Florida commensurate w/ background & crime. committed_

commenced: _____    Terminated: _____