UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: 00-6078-CR-MARTINEZ

    Plaintiff,

vs.

MILTON LYNCH,
Reg. No. 55272-004

    Defendant.
_____/



## JUDGMENT AND COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** came before the Court on October 13, 2000, the Defendant was sentenced in the Southern District of Florida to Fifty Seven (57) months imprisonment, as to Count 1: Possession of a Firearm by a Convicted Felon, to be followed by Three (3) years supervised release with special conditions.

On July 12, 2004, Mr. Lynch began his term of supervised release. Defendant Lynch's case was reassigned to United States District Judge Jose E. Martinez on February 2, 2005.

The Defendant having now been duly brought before this Court for a Final Revocation Hearing held on December 12, 2005, upon the Superseding Petition For Offender Under Supervision, and it further appears that the Defendant violated his conditions of supervised release by:

1) Failing to refrain from violation of the law. On or about December 31, 2004, the defendant was arrested by the Broward Sheriff's Office and charged with Count 1, Delivery of Cocaine within 1,000 Feet of a Convenience Store, in violation of Florida Statute 893.131E12A4.

2) By failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about December 31, 2004, the defendant was arrested by the Broward Sheriff's Office, and he failed to advise the U.S. Probation Officer.

3) By unlawfully possessing or using a controlled substance. On or about January 14, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory, and subsequently was confirmed positive by Scientific Laboratories, Inc.

    4) By unlawfully possessing or using a controlled substance. On or about March 10, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana and cocaine in our local laboratory, and subsequently was confirmed positive by Scientific Laboratories, Inc.

    5) By failing to refrain from violation of the law. On or about April 7, 2005, in Broward County, Florida, the defendant did commit the offense of Possession of Cannabis less than 20 Grams, contrary to 893.136b.

    The Court has carefully considered the statements of all parties and the information contained in the violation report, and the Court finds that the defendant has violated the terms and conditions of supervised release as set forth in the petition for violation, and the defendant admits same. It is therefore

    **ORDERED AND ADJUDGED** that the terms of supervision are hereby **Revoked.**

    1. The Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Twenty four (24) months** as to Count 1 thru 5. Sentence shall run consecutively to the Florida State Prison sentence of 27.3 months imposed in case 05-0042CF10A

    2. The defendant shall be screened for substance abuse problems and be referred to participate in an appropriate drug education/treatment program as deemed appropriate by the Bureau of Prisons. This may include placement in the Residential Drug Abuse Treatment Program (i.e. 500-hour drug treatment program) at a designated Bureau of Prisons institution.

    3. The defendant shall be designated to a facility in South Florida, that is commensurate with the defendant's background and crime committed.

    **DONE AND ORDERED** at Miami, Florida this \_\_\_16\_\_\_ day of December, 2005

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Thomas Lanigan, AUSA
Paul Korchin, AFPD
Ann Roman, U.S. Probation Officer
U.S. Marshal (3 certified copies)